U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 05 2018

TONY R. MOORE CLERK
BY _____
        DEPUTY
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 05 2018

TONY R. MOORE CLERK
BY _____
        DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:17-cr-00224 |
| VERSUS | JUDGE DEE D. DRELL |
| DON EDMOND WASHINGTON | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, **DON EDMOND WASHINGTON**, is **ACCEPTED** and he is finally adjudged guilty of the offense charged in Count One and Count Three of the Indictment, consistent with the report and recommendation.

Alexandria, Louisiana, this 5 day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE